Seatonville School District No. 96, Bureau County, Illinois, and Spring Valley. School District No. 99, Bureau County, Illinois, as Successor in Interest to Seatonville School District No. 96, Plaintiffs-Appellants, v. Howard Helm, Esther Helm, The Ladd Community Consolidated School District No. 94, Bureau County, Illinois, and The County Board of School Trustees of Bureau County, Illinois, Defendants-Appellees.

Gen. No. 66–41. (Abstract of Decision.)

Third District.

November 4, 1966.

Perona & Perona, of Spring Valley, for appellants; Trimble & Trimble, of Princeton, for appellees. Opinion by PRESIDING JUSTICE CORYN. Not to be published in full.